## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Nam v. Permanent Mission of the Republic of Korea to the U.N. Docket No.: 23-229

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Joshua S. Lim

Firm: Kim, Cho & Lim, LLC

Address: 460 Bergen Boulevard, Suite 305, Palisades Park, NJ 07650

Telephone: 201-585-7400    Fax: 201-585-7422

E-mail: joshualim@kcllawfirm.com

Appearance for: Defendant, Permanent Mission of the Republic of Korea to the United Nations
(party/designation)

**Select One:**

☑ Substitute counsel (replacing lead counsel: Nicholas J. DuBois, Esq. / Kim, Cho & Lim, LLC )
(name/firm)

☐ Substitute counsel (replacing other counsel: )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☐ Amicus (in support of: )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on June 2, 2021    OR

☐ I applied for admission on .

Signature of Counsel: /s/ Joshua S. Lim

Type or Print Name: Joshua S. Lim