# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-229

**Motion for:** Extension of Time to File Reply Brief

**Caption [use short title]**

Hyunhuy Nam,

        Plaintiff-Appellee,

-against-

Permanent Mission of the Republic of Korea to the United Nations,

        Defendant-Appellant.

**Set forth below precise, complete statement of relief sought:**

The current deadline for Appellant to file its reply brief is September 26, 2023. Appellant requests an extension of that deadline for 17 days, with the new deadline becoming October 23, 2023.

**MOVING PARTY:** Appellant, Permanant Mission of R.O.K.  **OPPOSING PARTY:** Appellee, Hyunhuy Nam

[ ] Plaintiff  [x] Defendant

[x] Appellant/Petitioner  [ ] Appellee/Respondent

**MOVING ATTORNEY:** Joshua S. Lim, Esq. of Kim, Cho & Lim, LLC

460 Bergen Blvd., Ste 305, Palisades Park, NJ 07650

(201) 585-7400, seankwak@kcllawfirm.com

**OPPOSING ATTORNEY:** Youngjin Bae, Esq. of Hang & Associates, PLLC

136-20 38th Avenue, Suite 10 G, Flushing, NY 11354

(718) 353-8588, ybae@hanglaw.com

[name of attorney, with firm, address, phone number and e-mail]

**Court- Judge/ Agency appealed from:** Jennifer L. Rochon, U.S.D.J., Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1)?
[x] Yes  [ ] No (explain):

Opposing counsel's position on motion:
[x] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [x] No  [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this court?  [ ] Yes  [ ] No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  [ ] Yes  [x] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [x] No  If yes, enter date:

**Signature of Moving Attorney:**

_/s/ Joshua S. Lim_  **Date:** 9/7/2023  **Service by:** [x] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

23-229

Hyunhuy Nam,

*Plaintiff-Appellee,*

—against—

Permanent Mission of the Republic of Korea to the United Nations,

*Defendant-Appellant.*

### Declaration of Joshua S. Lim

Joshua S. Lim, of full age, hereby respectfully makes the following declaration pursuant to 28 U.S.C. § 1746:

1. The undersigned is a partner at the law offices of Kim, Cho & Lim, LLC, attorneys for defendant-appellant Permanent Mission of the Republic of Korea to the United Nations ("Mission" or "Appellant"). As such, the declarant is familiar with the facts stated herein.

2. This declaration is made in support of the Mission's motion to extend the deadline by which to file the Mission's reply brief.

3. Counsel for Plaintiff-Appellee Hyunhuy Nam consented to the extension sought in this motion.

**Current Deadline for the Mission's Reply Brief**

4. Plaintiff-Appellee Hyunhuy Nam filed his Appellee's brief on September 5, 2023.

5. Pursuant to Rule 31.2(a)(2) of the Local Rules of this Court, the deadline for Mission's reply brief is 21 days therefrom, September 26, 2023.

**Necessary Review Process for the Mission's Reply Brief**

6. The Mission is a sovereign entity controlled and overseen by the government of the Republic of Korea ("Government").

7. As such, all papers filed with the Court, including the reply brief, must first be reviewed by the responsible persons within the Government.

8. Hence, all documents must be first translated into Korean.

9. This includes the translation of the Appellee's brief, as well as the reply brief to be drafted.

10. Only upon confirmation and approval of the substance of the reply brief by the Government, the Mission is authorized to permit its counsel to file the same with this Court.

11. To allow sufficient time for its review process, the Mission requires its counsel to deliver a draft approximately two (2) weeks prior to the filing

deadlines, so the Government may thoroughly review the papers to be filed and to request any changes it deems necessary.

12. This has been the practice since this firm's engagement in this matter, including in connection with the litigation in the Southern District of New York.

## Intervening Cause

13. While the Mission's counsel were prepared to expedite the process of drafting to allow sufficient time for the aforementioned review, the undersigned has recently been informed that the United Nation's General Assembly High-Level Week for 2023 (the "High-Level Week") will take place between September 19th through 26th.

14. More information about the High-Level Week may be found on the United Nation's official webpage: https://www.un.org/en/high-level-week-2023

15. The High-Level Week is undoubtedly one of the most important events for the Mission.

16. The responsible reviewing persons in the Government, too, would necessarily be made unavailable before, during and after the High-Level Week to prepare for and coordinate its nation's participation in this important event.

3

17. As such, the Mission and the Government would be unable to perform its review of the Appellee's brief and the reply brief by the current deadline of September 26, 2023.

18. Due to certain high-ranking government officials visiting the United States from Korea (whose identities are classified at this time), the Mission will continue to suffer interference until the end of the week of September 25th.

**Request for Relief**

19. While the undersigned respectfully submits the foregoing constitutes an extraordinary circumstance under Local Rule 27.1(f)(1), which causes significant and practically unavoidable interference with the Mission's ability to file its reply brief by the current deadline of September 26, 2023.

20. For all the foregoing reasons, the Mission respectfully requests that the deadline for its reply brief be extended seventeen (17) days to October 13, 2023, two weeks after the last week of the High-Level Week.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 7, 2023    */s/ Joshua S. Lim*
                                 Joshua S. Lim

4