# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of September, two thousand twenty-three.

_____

Hyunhuy Nam,

      Plaintiff - Appellee,

v.

Permanent Mission of the Republic of Korea
to the United Nations,

      Defendant - Appellant.

_____

**ORDER**

Docket No. 23-229

      Appellant moves for an extension of time to October 23, 2023 to file the reply brief.

      IT IS HEREBY ORDERED that the motion is GRANTED.

      For the Court:

      Catherine O'Hagan Wolfe,
      Clerk of Court

