# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of September, two thousand twenty-three.

Hyunhuy Nam,

    Plaintiff - Appellee,

v.

Permanent Mission of the Republic of Korea to the United Nations,

    Defendant - Appellant.

**ORDER**

Docket No. 23-229

Appellee moves for leave to file a supplemental appendix. Appellant does not oppose this request.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

