**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

Date: September 11, 2024
Docket #: 23-229cv
Short Title: Nam v. Permanent Mission of the Republic of Korea to the

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 21-cv-6165
DC Court: SDNY (NEW YORK CITY)

DC Judge: Rochon

### VERIFIED ITEMIZED BILL OF COSTS

Counsel for

_____

respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the

_____

and in favor of

_____

for insertion in the mandate.

Docketing Fee         _____

Costs of printing appendix (necessary copies _____ ) _____

Costs of printing brief (necessary copies _____ ____) _____

Costs of printing reply brief (necessary copies _____ ) _____

**(VERIFICATION HERE)**

                                                    _____
                                                    Signature